#60467
FILED
2009 DEC 28 PM 12: 52
CLERK
NORTHERN DISTRICT OF COURT
CANTON OHIO

```
  0 . *
729 . 47 +
118 . 68 +
848 . 15 *
```

## UNCLAIMED FUNDS

DECEMBER 23, 2009

06-61792    JOHN SMITH
            GLENDA SMITH
            CREDITOR DID NOT CASH CHECK
            CHECK #404382 FOR $729.47
            RENT-WAY, INC
            ONE RENTWAY PLACE
            ERIE, PA  16505

09-62530    DAVID SMITH
            CHERYL SMITH
            CREDITOR DID NOT CASH CHECK
            CHECK #404383 FOR $118.68
            WELLS FARGO HOME MTG
            MAC #X2501-01D
            ONE HOME CAMPUS
            DES MOINES, IA  50328